# Exhibit A




Case Information Summary for Case Number
2020-CH-05839

Filing Date: 09/11/2020
Division: Chancery Division
Ad Damnum: $0.00

Case Type: CLASS ACTION
District: First Municipal
Calendar: 02

**Party Information**

| **Plaintiff(s)** | | **Attorney(s)** |
|---|---|---|
| W. S. | | MCGUIRE LAW P C<br>55 W WACKER 9TH FL<br>CHICAGO IL, 60601<br>(312) 893-7002 |
| **Defendant(s)** | **Defendant Date of Service** | **Attorney(s)** |
| BYTEDANCE INC. | | |
| TIKTOK, INC. | | |

**Case Activity**

Activity Date: 09/11/2020 Participant: W. S.

CLASS ACTION COMPLAINT FILED (JURY DEMAND)

Court Fee: 600.50 Attorney: MCGUIRE LAW P C

Activity Date: 09/14/2020 Participant: W. S.

MOTION FILED

Attorney: MCGUIRE LAW P C

Activity Date: 09/14/2020 Participant: W. S.

CASE SET ON CASE MANAGEMENT CALL

Date: 01/14/2021
Court Time: 1000
Court Room: 2601

Judge: MITCHELL, RAYMOND W.
Attorney: MCGUIRE LAW P C

Activity Date: 09/17/2020 Participant: W. S.

SUMMONS ISSUED AND RETURNABLE

Case: 1:20-cv-06737 Document #: 1-1 Filed: 11/12/20 Page 3 of 3 PageID #:9

Attorney: MCGUIRE LAW P C

Activity Date: 09/17/2020 Participant: W. S.

SUMMONS ISSUED AND RETURNABLE

Attorney: MCGUIRE LAW P C

Back to Top

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

